**EXHIBIT B**

### F+W Media, Inc.
*Publisher of Useful and Compelling Books under these imprints:*
**North Light / Krause Publications / Adams Media / Tyrus Books**
**Writer's Digest / Betterway Books / Polka Dot Press / Platinum Press / Provenance Press**
**Popular Woodworking Books / Memory Makers / HOW Books / TOW Books / Impact**

AGREEMENT made this 6th day of September 2012, between Martin J. Yate, whose principal residence is located at 539 E. 57th Street, Savannah, GA 31405 (the "Author") and Adams Media, a division of F + W Media, Inc., with its principal place of business at 57 Littlefield Street, Avon, Massachusetts, 02322 (the "Publisher") with reference to a select number of works written by the Author and published, or to be published, by the Publisher ("Work" or "Works", as appropriate), as follows:

Knock'em Dead 2013 [ISBN: 978-1-4405-3682-3]
Knock'em Dead Cover Letters, 10th Edition [978-1-4405-3680-9]
Knock'em Dead Resumes, 10th Edition [978-1-4405-3681-6]
Knock'em Dead, Secrets and Strategies for Success in an Uncertain World [978-1-4405-0650-5]
Knock'em Dead Job Interviews [978-1-4405-3679-3]
Hiring the Best, 5th Edition [978-1-59337403-7]

WHEREBY, in consideration of the promises set forth in this Agreement, the Author and the Publisher agree that:

### 1. GRANT OF RIGHTS

a. The Author hereby assigns to the Publisher the exclusive right, other than as set forth in this paragraph of the Agreement, to publish, distribute, and sell the Works of the Author exactly as published by the Publisher in verbatim electronic book format in the English language throughout the world; and to exercise and grant to third parties the aforementioned rights to the Work in the English language, throughout the world, for one year from the final execution date of this Agreement.

b. The Publisher shall also have the right, subject to the Author's approval, to separately publish select portions of the Author's Works as stand-alone electronic book in the English language throughout the world, which shall be edited versions of the Works and shall only be edited to the degree necessary to make them stand alone products ("eBook shorts"). Such eBook Shorts and all such edits shall, in any case, be subject to the Author's review and approval.

c. REVISION OF MANUSCRIPT. The Author shall in all instances, read, revise, correct, and promptly return all proof sheets of any proposed "eBook short" or other Works.

d. COPY EDITING OF MANUSCRIPT. The Author shall have the right to select his own copy editor for the Works and eBooks shorts, to be compensated by the Publisher at a rate standard for other copy editors contracted by the Publisher.

To: Peter Archer
Adams Media
6 Pages
508-427-6790

The Author specifically reserves the right to publish, distribute, and sell differentiated products employing content from the Works, with such enhancements as the Author deems appropriate, though his website and other sources at the Author's sole discretion.

As these differentiated works will represent the development of what will inevitably become new and enhanced Knock em Dead editions, the Publisher will cooperate with the Author in supplying the latest extant, workable digital versions of each published eBook, so that brand integrity and continuity is insured through new product development and beta testing.

## 2. PUBLICATION

(a) The Publisher shall, in consultation with the Author, publish the Works at its own expense and in such editorial style, format, manner, and design as is best suited for the marketplace; and shall promote, market and sell the Works as it deems suitable. To the extent that the Publisher is not bound by third-party contractual limitations, the Publisher and Author shall mutually agree on the retail price of the Works.

(b) The Publisher may, at no additional charge, use the Author's name, photograph, likeness, and biographical information in connection with the advertising and promotion of the Works, and the Author will make himself reasonably available, upon the Publisher's request, to publicize and promote the Works at the Publisher's expense.

## 3. COPYRIGHT

In the event that the copyright has not been previously registered, the Publisher shall register the copyrights in the Works in the name of the Author at such times and in such countries as the Publisher deems appropriate in the good faith exercise of its reasonable judgment, and shall publish an appropriate copyright notice in each copy of the Works.

## 4. INFRINGEMENT

Publisher shall have the sole right to prosecute any claim for infringement or unauthorized use of the rights granted under this Agreement (an "Enforcement action"), provided, however, that the Publisher may authorize the Author to proceed alone in any such Enforcement action, in which event the Author shall bear all expenses thereof and shall be exclusively entitled to any recovery. If the Publisher elects to prosecute any Enforcement action, the Author shall cooperate in said prosecution at the Publisher's expense and the recovery, if any, shall be shared equally after deducting the full costs of prosecution.

## 5. AUTHOR'S WARRANTIES

The Author represents and warrants to the Publisher that:

(a) the Author has full power and authority to enter into this Agreement;

(b) the Author is the sole and exclusive owner of the Works herein granted to the Publisher;

(c) the Works violate no copyright, either in whole or in part,

2

(d)  the Works are not in the public domain;

(e)  the Works contains no matter which would be libelous or defamatory, or infringe any
trade name or trademark, or invade any right of privacy or proprietary right;

The foregoing warranties and representations shall survive any termination of this Agreement,
and will extend to any licensees, distributors and assigns of the Publisher. At all times the
Author, at his expense, shall indemnify and defend the Publisher, and hold the Publisher and its
licensees, distributors and assigns harmless against all claims settled by the Publisher or reduced
to judgment, including all court costs and reasonable attorneys' fees and expenses, provided the
basis of such claim or judgment constitutes a breach of any of the foregoing warranties and
representations. The Publisher shall promptly notify the Author of any claim or suit which may
involve any of the foregoing warranties and representations, and the Author shall cooperate
fully in any defense; provided, however, the Publisher and its attorney shall have the right to
control the defense and the settlement of the claim or suit. The Author shall, in all events, be
entitled to employ his own attorney, who shall cooperate with the Publisher's attorney in all
proceedings.

If such claim or suit is not finally sustained, the Publisher shall bear the attorneys' fees and other
costs incurred.

Without limiting any other remedies that the Publisher may have, any payments that would
otherwise be due the Author under this Agreement between the Author and Publisher may be
withheld and applied against the Author's indemnification obligations.

These warranties do not apply to any material inserted in the Works by the Publisher.

### 6. ROYALTIES

On all electronic book and enhanced electronic book editions of the Works, including third party
licensed editions, the Publisher shall pay the Author a fifty percent (50%) royalty based on the
Net Amount Received by the Publisher.

### 7. ADVANCES

Publisher will pay to the Author an advance against future royalties for each eBook publication
in the amount of **One Thousand Five Hundred Dollars ($1,500.00)**, for a total advance payment
**of Nine Thousand Dollars ($9,000)** under this Agreement. Payment will be made within thirty
(30) days of the signing of this Agreement by the Author and the Publisher.

**8. PAST ROYALTIES.** Noting that the Publisher offered to make full payment of all past royalties
for all Net Amounts Received by Publisher in the past for the sale of prior works at the agreed
upon 50% royalty rate. Payment will be made within thirty (30) days of the signing of this
Agreement by the Author and the Publisher, in the amount of **Two Thousand Six Hundred Forty
Eight Dollars and 89 Cents ($2,648.89)**.

### 9. STATEMENTS AND PAYMENTS TO AUTHOR

3

For Works that are published by the Publisher in printed form, a single consolidated statement for royalties in all formats shall be generated for each Work on the schedule detailed in the Author's Agreement for the respective printed Work. Additionally, a customer-specific detail report will be provided to the Author by the Publisher on the same schedule at the royalty statements detailing a all eBook sales activity on a monthly basis.

For Works published solely in electronic form, the Publisher shall render semi-annual statements of account to June 30th and December 31st of each year, and make settlements in cash on or before 90 days thereafter. On October 1st and April 1st the Publisher shall render a good faith estimate and payment of 50% of royalties due on the following settlement date.

(a) Such statements shall show the number of copies sold and given away. The Author shall have the right upon written request to have their Certified Public Accountant examine the Publisher's books insofar as they relate to the Works, at the Author's expense.

(b) Copies of the Work furnished for review purposes, advertising, and publicity shall not count towards the books included in the calculation of the royalty payment.

(c) The Publisher is to notify the Author thirty (30) days before the quarterly royalty payments, of the estimated amount of that forthcoming payment.

(d) Under no circumstances will the Author be required to notify the Publisher of when royalty payments are due.

## 10. TERMINATION AND RIGHT OF RENEWAL

This Agreement will automatically terminate one year from its date of execution by both parties unless a renewal or extension is mutually agreed to by both parties. Ninety (90) days prior to the end of the term, the parties agree to negotiate in good faith the terms for a renewal of this Agreement. If the Parties do not reach agreement on a renewal by the expiration of the term, neither Party shall have any further obligations to the other except that the Publisher shall be obligated to make royalty payments to the Author for all Works sold during and subsequent to the term of the Agreement.

## 11. EFFECT OF TERMINATION

Upon the effective date of the termination of Agreement to the Author, or as soon thereafter as possible:

(a) The Publisher will make it's best efforts to have it's eBook vendor partners (including but not limited to Apple, Inc., Amazon.com, Inc, Barnes & Noble, Inc., and Google, Inc.) remove the Works from the marketplace.

(b) The Publisher shall reassign to the Author all rights granted to the Publisher hereunder, with the exception of rights theretofore licensed by Publisher to third parties which are contractually non-revocable. After such reversion, the Publisher and Author shall continue to participate to the extent set forth in this Agreement in any non-revocable

4

license previously granted by it. However, the Publisher shall not renew any license once it has expired.

(c) All accounts between the Author and the Publisher shall be adjusted and paid according to the schedule in the Agreement, except for any unearned advances which shall not be subject to repayment.

## 12. GENERAL PROVISIONS

Any notice required or permitted under this Agreement shall be in writing and delivered in person or by ordinary or electronic mail to the parties at their respective addresses set forth above, or to any other address as changed by notice in writing. However, notices relating to material breach of this Agreement by either party shall be delivered in person or by certified mail, return receipt requested.

The terms of this Agreement constitute the entire agreement between the parties listed herein. Any other written or oral agreement previously made between the parties is null and void.

No waiver, modification, or amendment to this Agreement shall be valid or enforceable unless it is in writing, signed by the parties. Failure by either party to promptly enforce any of their or its rights hereunder shall not constitute a waiver of those or any other rights or of strict compliance by the other party of its obligations hereunder, or in any way affect any other terms or conditions hereof.

Should any court of law deem any clause or portion of this Agreement to be void as a matter of law, the remaining portions of this Agreement not found to be void as a matter of law shall remain in full effect.

This Agreement and all matters and issues collateral thereto shall be governed by the laws of the Commonwealth of Massachusetts and the United States of America.

**13. ARBITRATION.** Any claim, dispute or controversy arising out of any part of or in connection with this Agreement or any breach thereof, shall be arbitrated by the parties before the American Arbitration Association. The arbitration hearings shall be held in the City of Boston. All documented travel and accommodation expenses incurred by the Author in such instances will be paid by the Publisher within thirty (30) days of their submission to the Publisher, not to exceed Ten Thousand Dollars ($10,000). The judgment may be entered on the award in any court having jurisdiction thereof.

**14. BENEFIT.** This Agreement shall be binding upon and inure to the benefit of the respective heirs, personal representatives, successors, and permitted assigns of the parties. The Publisher may not assign this Agreement without the Author's consent, except in the event that there is a purchase of substantially all of the Publisher's assets.. The Author's obligations are personal and may not be assigned, except that the Author may assign any payments due with the consent of the Publisher, said consent not to be unreasonably withheld.

5

'6

IN WITNESS whereof, the parties have executed this Agreement in duplicate on the date and year first above written.

**AUTHOR:**

_____
Author Signature

**9. 19. 12 .**
_____
Date of Signature

**F+W MEDIA:**

_____
Acquisitions Director/Publisher Signature

**9/19/12**
_____
Date of Signature

6